UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14336-CIV-MOORE/MAYNARD

DAVID POSCHMANN,

       Plaintiff,

v.

235 WASHINGTON HOLDINGS, LLC

       Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this

matter has been resolved.

Dated: November 4, 2019

<u>s/Drew Levitt</u>
Drew M. Levitt
Florida Bar No. 782246
drewmlevitt@gmail.com
Lee D. Sarkin, Esq.
Florida Bar No. 962848
Lsarkin@aol.com
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Attorneys for Plaintiff