UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14336-CIV-MOORE/MAYNARD

DAVID POSCHMANN,

       Plaintiff,

v.

235 WASHINGTON HOLDINGS, LLC

       Defendant.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

     Plaintiff, by and through his undersigned counsel, hereby dismisses this action with

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its

own fees and costs except as otherwise agreed.

     Dated: December 4, 2019

                                   s/Drew Levitt
                                   Drew M. Levitt
                                   Florida Bar No. 782246
                                   drewmlevitt@gmail.com
                                   Lee D. Sarkin, Esq.
                                   Florida Bar No. 962848
                                   Lsarkin@aol.com
                                   4700 N.W. Boca Raton Boulevard
                                   Suite 302
                                   Boca Raton, Florida 33431
                                   Telephone (561) 994-6922
                                   Attorneys for Plaintiff

1